Roseann Torres SBN 206050
TORRES LAW GROUP
717 Washington Street Suite B
Oakland CA 94607
Tel. (510) 835-2484
Fax (510) 835-2381

Attorney for Plaintiff
PILAR GUERRERO-LECAROS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILAR GUERRERO-LECAROS, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF UNION CITY, ET AL, <br><br> Defendants. | Case No.: C 11-04605 CW <br><br> **ORDER APPROVING THE STIPULATION REGARDING DEFENDANT'S MOTION TO DISMISS COUNT TWO** |

THE COURT HEREBY ORDERS:

1. Pursuant to FRCP Rule 41, the dismissal of the Second Cause of Action in Plaintiff's Complaint for Common Law Assault & Battery in its entirety;

2. The hearing on Defendants' Motion to Dismiss currently noticed for December 22, 2011 is vacated;

3. The Defendants shall file an Answer to the remaining claims in Plaintiff's Complaint within 30 days of entry of this order.

Dated: 12/1/2011

_____
Honorable Claudia Wilken
Judge of the Federal Court

1

Order regarding stipulation [C11-04605 CW]