IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILAR GUERRERO-LECAROS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF UNION CITY, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-4605 CW<br><br>ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES UPON CONSENT OF ALL PARTIES |

On November 9, 2011, Defendants City of Union City, Union City Police Department, Joshua Clubb and Joseph Cota consented to proceeding before a magistrate judge for all purposes in this case. On November 16, 2011, Plaintiff Pilar Guerrero-Lecaros so consented as well.

Accordingly, pursuant to 28 U.S.C. § 636(c) and Civil Local Rule 73-1, the Court ORDERS that this case is referred to Magistrate Judge Ryu for all purposes, including the entry of final judgment.

IT IS SO ORDERED.

Dated: 12/5/2011

CLAUDIA WILKEN
United States District Judge

cc: MagRef, DMR