**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11  PILAR GUERRERO LECAROS,              No. C-11-04605  (DMR)
12          Plaintiff(s),               **ORDER RE DEFENDANT POLICE**
                                        **OFFICERS' PERSONNEL FILES AND**
13      v.                              **DEFENDANT CITY OF UNION CITY'S**
                                        **POLICE DEPARTMENT'S**
14  CITY OF UNION CITY,                 **INVESTIGATIVE FILE**
15          Defendant(s).
    _____/
16
17          On March 15, 2012, pursuant to this court's order [Docket No. 32], Defendants lodged with

18  the court Defendant Police Officers' personnel files and Defendant City of Union City's police

19  department's investigative file for *in camera* review.  The court finds the documents discoverable

20  and hereby ORDERS Defendants to disclose them to Plaintiff subject to the Protective Order entered

21  in this case.  [Docket No. 39].

22

23          IT IS SO ORDERED.

24

25  Dated:  March 22, 2012

26                                      _____
                                        DONNA M. RYU
27                                      United States Magistrate Judge

28