UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILAR GUERRERO LECAROS,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITY OF UNION CITY,<br><br>    Defendant(s).<br>_____/ | No. C-11-04605 (DMR)<br><br>**ORDER RE DEFENDANT POLICE OFFICERS' PERSONNEL FILES AND DEFENDANT CITY OF UNION CITY'S POLICE DEPARTMENT'S INVESTIGATIVE FILE** |

On March 15, 2012, pursuant to this court's order [Docket No. 32], Defendants lodged with the court Defendant Police Officers' personnel files and Defendant City of Union City's police department's investigative file for *in camera* review. The court finds the documents discoverable and hereby ORDERS Defendants to disclose them to Plaintiff subject to the Protective Order entered in this case. [Docket No. 39].

IT IS SO ORDERED.

Dated: March 22, 2012

_____
DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*