IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILAR GUERRERO LECAROS, | No. 4:11-04605 DMR (NC) |
| Plaintiff, | **ORDER REGARDING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| CITY OF UNION CITY, et al., | |
| Defendants. | |

The Court is responding to the August 2 letter request for defendant officers to participate in settlement conference by telephone. This request is granted in part and denied in part. Officer Clubb must attend. Officer Cota must be available for telephone consultation, but need not attend in person.

Plaintiff's counsel is ordered to make a written settlement demand on defendants' counsel on or before August 24. The Court encourages the parties to engage in settlement analysis and discussions before the Settlement Conference.

The Settlement Conference is scheduled for 3 hours (9:30 a.m. to 12:30 p.m.) on September 6. Settlement Conference Statements must be lodged with the Court by August 30.

**IT IS SO ORDERED.**

Dated: August 9, 2012

NATHANAEL COUSINS
United States Magistrate Judge