**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                    NORTHERN DISTRICT OF CALIFORNIA
8
9   PILAR GUERRERO PILAR,                 No. C-11-4605 DMR
10          Plaintiff(s),                 **ORDER CONTINUING CASE**
                                          **MANAGEMENT CONFERENCE**
11      v.
12  CITY OF UNION CITY,
13          Defendant(s).
    _____/
14
15  TO ALL PARTIES AND COUNSEL OF RECORD:
16          The Case Management Conference previously scheduled for September 26, 2012 has been
17  CONTINUED to **December 5, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301
18  Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than
19  **November 28, 2012.**
20          IT IS SO ORDERED.
21
22  Dated:  September 20, 2012
23                                        _____
24                                        DONNA M. RYU
                                          United States Magistrate Judge
25
26
27
28