**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                         NORTHERN DISTRICT OF CALIFORNIA

8

9   PILAR GUERRERO PILAR,                    No. C-11-4605 DMR

10           Plaintiff(s),              **ORDER CONTINUING CASE
                                        MANAGEMENT CONFERENCE**
11      v.

12  CITY OF UNION CITY,

13           Defendant(s).
    _____/

14

15  TO ALL PARTIES AND COUNSEL OF RECORD:

16          The Case Management Conference previously scheduled for September 26, 2012 has been

17  CONTINUED to **December 5, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301

18  Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than

19  **November 28, 2012.**

20          IT IS SO ORDERED.

21

22  Dated:  September 20, 2012

23                                        _____
                                          DONNA M. RYU
24                                        United States Magistrate Judge

25

26

27

28