**United States District Court**
For the Northern District of California

1

2

3

4

5  UNITED STATES DISTRICT COURT

6  NORTHERN DISTRICT OF CALIFORNIA

7

8  PILAR GUERRERO PILAR,                    No. C-11-04605 DMR

9         Plaintiff(s),                    **ORDER OF DISMISSAL**

10        v.

11  CITY OF UNION CITY,

12        Defendant(s).
   _____/

13

14       The court having been advised that the parties have agreed to a settlement of this case,

15       IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice;

16  provided, however, that if any party hereto shall certify to this court, within **60 days**, with proof of

17  service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has

18  not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be

19  restored to the calendar to be set for trial.  All further dates are vacated.

20       IT IS SO ORDERED.

21

22  Dated:  October 11, 2012

23                                          _____
                                            DONNA M. RYU
24                                          United States Magistrate Judge

25

26

27

28