**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PILAR GUERRERO PILAR,                              No. C-11-04605 DMR

        Plaintiff(s),                              **ORDER OF DISMISSAL**

    v.

CITY OF UNION CITY,

        Defendant(s).
_____/

      The court having been advised that the parties have agreed to a settlement of this case,

      IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice;

provided, however, that if any party hereto shall certify to this court, within **60 days**, with proof of

service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has

not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be

restored to the calendar to be set for trial.  All further dates are vacated.

      IT IS SO ORDERED.


Dated:  October 11, 2012

                                    _____
                                      DONNA M. RYU
                                      United States Magistrate Judge